# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| KARLA K. ECCLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-0165-CV-W-FJG |
| ) | |
| DEPARTMENT OF ELEMENTARY and ) | |
| SECONDARY EDUCATION for the STATE of ) | |
| MISSOURI, ) | |
| ) | |
| Defendants. ) | |

# ORDER

Currently pending before the Court is plaintiff's Motion to Quash the taking of her deposition (Doc. # 20). Plaintiff states that she has made several requests for information from the defendant, but has not received the information requested. Plaintiff states that she cannot testify accurately without the requested documents. Plaintiff moves the Court to continue her deposition until the defendant produces the documents. The Court hereby **GRANTS** plaintiff's Motion to Quash and will schedule a teleconference with the parties at a later date.

Date:  September 25, 2006  **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri  Fernando J. Gaitan, Jr.
United States District Judge