IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
**WESTERN DIVISION**

| | |
|---|---|
| KARLA K. ECCLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06-0165-CV-W-FJG |
| | ) |
| DEPARTMENT OF ELEMENTARY and | ) |
| SECONDARY EDUCATION for the STATE of | ) |
| MISSOURI, | ) |
| | ) |
| Defendant. | ) |

### JUDGMENT IN A CIVIL CASE

\_\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

Defendant's Motion to Dismiss (Doc. # 4) is granted. The Court **DENIES** all other motions as **MOOT**.


September 26, 2006          Patricia L. Brune
Date                        Clerk


                            /s/ Rhonda Enss
                            (by) Deputy Clerk